**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-251-RJC-DCK**

| | |
|---|---|
| **STANLEY RUTLEDGE JR., on behalf of himself and all others similarly situated,** ) ) ) | |
| **Plaintiff,** ) ) | |
| **v.** ) ) | **ORDER** |
| **INNOVATIVE COURIER SOLUTIONS, INC,** ) ) | |
| **Defendant.** ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion: Plaintiff's Motion For Leave Of Court To File Surreply" (Document No. 13) filed August 30, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Defendant's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion: Plaintiff's Motion For Leave Of Court To File Surreply" (Document No. 13) is **GRANTED**.

Signed: September 3, 2019

David C. Keesler
United States Magistrate Judge